## SADDLER v. LEAHY.

No. 4666—Opinion Filed April 24, 1917.

(164 Pac. 778.)

(Syllabus by the Court.)

**Appeal and Error—Want of Prosecution—Rule of Court—Dismissal.**

Where plaintiff in error fails to file brief as required by rule 7 of this court (38 Okla. vi, 95 Pac. vi), the appeal will be dismissed for want of prosecution.

Action between J. Le Roy Saddler and W. T. Leahy. Judgment for the latter, and the former brings error. Appeal dismissed.

OWEN, J. The plaintiff in error having failed to comply with rule 7 of this court (38 Okla. vi, 95 Pac. vi), this appeal is dismissed for want of prosecution.

All the Justices concur.